```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 01086
    BRUCE KORENSKY
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6042

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/23/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/14/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE FINANCE        SECURED VEHIC         .00            .00            .00
MERCURY FINANCE CO         NOTICE ONLY     NOT FILED            .00            .00
MERCURY FINANCE            NOTICE ONLY     NOT FILED            .00            .00
MERCURY FINANCE            NOTICE ONLY     NOT FILED            .00            .00
MERCURY FINANCE            NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE BANK           NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER    4606.90          285.05         293.73
CHARTER ONE AUTO FINANCE   UNSEC W/INTER   NOT FILED            .00            .00
HSBC NV                    UNSEC W/INTER   NOT FILED            .00            .00
ILLINOIS TOLLWAY           UNSEC W/INTER   NOT FILED            .00            .00
JOHN STROGER HOSPITAL      UNSEC W/INTER   NOT FILED            .00            .00
PRONGER SMITH MEDICAL AS   UNSEC W/INTER   NOT FILED            .00            .00
SBC                        UNSEC W/INTER   NOT FILED            .00            .00
ST FRANCIS HOSPITAL        UNSEC W/INTER   NOT FILED            .00            .00
T MOBILE                   UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     876.27           54.21          55.87
STEFANS STEFANS & STEFAN   REIMBURSEMENT     174.00             .00         174.00
STEFANS STEFANS & STEFAN   DEBTOR ATTY      2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                           210.16
DEBTOR REFUND              REFUND                                            746.98

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             3,820.00

PRIORITY                                  174.00
SECURED                                      .00
UNSECURED                                 349.60
    INTEREST                              339.26
ADMINISTRATIVE                          2,000.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01086 BRUCE KORENSKY
```

```
TRUSTEE COMPENSATION                                           210.16
DEBTOR REFUND                                                  746.98
                                      ----------------  ----------------
TOTALS                                        3,820.00          3,820.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```